OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Justine Michael, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellant, v. Harrell, Appellee.
[Cite as State v. Harrell (1992),     Ohio St.3d     .]
Criminal law -- Search and seizure -- Ultimate or inevitable
    discovery exception to Exclusionary Rule, applied.
(No. 91-1391 -- Submitted September 15, 1992 -- Decided October 21, 1992.)
Appeal from the Court of Appeals for Cuyahoga County, No. 60888.

Stephanie Tubbs Jones, Prosecuting Attorney, George J. Sadd and L. Christopher Frey, Assistant Prosecuting Attorneys, for appellant.

The judgment of the court of appeals suppressing the weapons seized from appellee Harrell's house is reversed on the authority of State v. Perkins (1985), 18 Ohio St.3d 193, 18 OBR 259 480 N.E.2d 763. The cause is remanded to the Cuyahoga County Court of Common Pleas for an evidentiary hearing on the inevitable discovery exception to the Exclusionary Rule.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.